A91A0382. KING v. THE STATE.
A91A0383. ODOM v. THE STATE.
(419 SE2d 540)

ANDREWS, Judge.

In *King v. State*, 262 Ga. 147 (414 SE2d 206) (1992), the Supreme Court reversed the judgments of this Court in *King v. State*, 200 Ga. App. 801 (409 SE2d 865) (1991). Accordingly, our judgments in Case Nos. A91A0382 and A91A0383 are vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgments reversed. Sognier, C. J., and McMurray, P. J., concur.*

DECIDED MAY 6, 1992.

*Herbert Shafer,* for appellants.

*Robert E. Wilson, District Attorney, Gregory A. Adams, Michael D. Thorpe, Assistant District Attorneys,* for appellee.